

NUMBERS 13-08-00195-CV and 13-08-00492-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

DAVID JOHN SECORD, D.P.M.,                                        Appellant,

v.

LARRY YEATER,                                        Appellee.

On Appeal from the County Court at Law No. 4
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam**

Appellant perfected interlocutory appeals from orders entered by the County Court

at Law No. 4 of Nueces County, Texas, in cause number 03-62231-4.  The parties have

filed a joint motion to dismiss the appeals on grounds that the parties have reached an

agreement to settle and compromise their differences. The parties request that this Court dismiss the appeals.

The Court, having considered the documents on file and the joint motion to dismiss the appeals, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeals are hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 12th day of March, 2009.